# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 18, 2014

## NO. 03-13-00482-CV

**Jeffrey D. Smith, Appellant**

**v.**

**Jason Wall, D.D.S, Appellee**

## APPEAL FROM 391ST DISTRICT COURT OF TOM GREEN COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
## REVERSED AND REMANDED -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment signed by the district court on July 17, 2013, into which is merged its order of June 17, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment. Therefore, the Court reverses the district court's judgment and remands the case to the district court for further proceedings. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.